**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  VIVIAN MCCORMICK                                           Case Number: 06-71187
        4304 O'CONNELL STREET              SSN-xxx-xx-3371
        ROCKFORD, IL  61109

                                                                    Case filed on:      7/11/2006
                                                                    Plan Confirmed on:   1/3/2007
                                        D Dismissed

Total funds received and disbursed pursuant to the plan: $1,463.17          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 1,500.00 | 1,500.00 | 1,374.41 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,374.41 | 0.00 |
| 999 | VIVIAN MCCORMICK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DOWNTOWN MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CREEKVIEW DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | EDWARD HORNBECK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ROCKFORD MERCANTILE AGENCY INC | 1,282.50 | 1,282.50 | 0.00 | 0.00 |
| 006 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MIDLAND CREDIT MANAGEMENT INC | 723.15 | 723.15 | 0.00 | 0.00 |
| 008 | CHECK IT | 50.00 | 50.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,055.65 | 2,055.65 | 0.00 | 0.00 |
|  | Grand Total: | 3,555.65 | 3,555.65 | 1,374.41 | 0.00 |

Total Paid Claimant:    $1,374.41
Trustee Allowance:      $88.76         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00        discharging the trustee and the trustee's surety from any and all
                                       liablility on account of the within proceedings, and closing the estate,
                                       and for such other relief as is just.  Pursuant to FRBP, I hereby
                                       certify that the subject case has been fully administered.

        Report Dated:

                                                  /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/01/2008          By  /s/Heather M. Fagan